UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO TEXAS DIVISION

| JOSEPH OLINICK, | § | |
| --- | --- | --- |
| Plaintiff, | § § § | |
| v. | § § | **Civil Case No. 6:11-cv-00091-WSS** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | § § § § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, JOSEPH OLINICK, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                          RESPECTFULLY SUBMITTED,

                          KROHN & MOSS, LTD.

Dated: December 28, 2011

                By:  /s/ Michael S. Agruss
                      Michael S. Agruss
                      California State Bar Number: 259567
                      Krohn & Moss, Ltd.
                      10 N Dearborn St. 3rd Floor
                      Chicago IL 60602
                      Tel: 323-988-2400 x235
                      Fax: 866-620-2956
                      magruss@consumerlawcenter.com
                      Attorneys for Plaintiff,
                      JOSEPH OLINICK

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to the following email for Attorney Steven R. Zahn:

szahn@portfoliorecovery.com

/s/ Michael S. Agruss
Michael S. Agruss
Attorney for Plaintiff