# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO TEXAS DIVISION

| | |
|---|---|
| JOSEPH OLINICK, § § Plaintiff, § § v. § § PORTFOLIO RECOVERY ASSOCIATES, LLC § § Defendant. § | **Civil Case No. 6:11-cv-00091-WSS** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JOSEPH OLINICK ("Plaintiff"), and Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC., ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: February 1, 2012

| | |
|---|---|
| KROHN & MOSS, LTD. | PORTFOLIO RECOVERY ASSOCIATES, LLC |
| | |
| /s/ Michael S. Agruss | /s/ Steven R. Zahn |
| Michael S. Agruss (CA SBN: 259567) | Steven R. Zahn (VA 43332) |
| Krohn & Moss, Ltd | Portfolio Recovery Associates, LLC. |
| 10 N. Dearborn, 3rd Floor | 140 Corporate Blvd |
| Chicago, Illinois 60602 | Norfolk, VA 23502 |
| Tel: 323-988-2400 x235 | Telephone: 757-321-2512 |
| Fax: (866) 620-2956 | Facsimile: 757-321-2518 |
| magruss@consumerlawcenter.com | szahn@portfoliorecovery.com |
| Attorney for Plaintiff, JOSEPH OLINICK | Attorney for Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC. |