### IN THE UNITED STATES DISTRICT COURT

### FOR THE WESTERN DISTRICT OF TEXAS

### WACO DIVISION

| | | |
|---|---|---|
| JOSEPH OLINICK, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil No. W-11-CA-091 |
| | § | |
| PORTFOLIO RECOVERY | § | |
| ASSOCIATES, LLC., | § | |
|     Defendant. | § | |

### O R D E R

On this date the Court, *sua sponte,* considers this case. On February 1, 2012, the parties file a Stipulation of Dismissal with Prejudice. In accordance with this stipulation, the Court finds that this case should be dismissed with prejudice, costs to be borne by the party incurring same.

**IT IS SO ORDERED.**

**SIGNED** on this 2nd day of February, 2012.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE